DANIEL G. BODGEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:04-cr-00406-GMN-PAL |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION TO DISMISS |
| | ) | THE INDICTMENT AND QUASH |
| v. | ) | ARREST WARRANT AS TO OSCAR M. |
| | ) | CHAVEZ |
| OSCAR M. CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Crane M. Pomerantz, Assistant United States Attorney, hereby moves for leave to dismiss the Second Superseding Indictment against OSCAR M. CHAVEZ. The Second Superseding Indictment was filed on July 12, 2006 and an Arrest Warrant issued on the same day. The government has consulted with the investigating agency and they have advised that they are no longer able to support prosecution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | WHEREFORE, the government hereby moves for leave to dismiss the Second Superseding Indictment in this matter against defendant OSCAR M. CHAVEZ with prejudice, and further requests that the Arrest Warrant for defendant OSCAR M. CHAVEZ be quashed. |

WHEREFORE, the government hereby moves for leave to dismiss the Second Superseding Indictment in this matter against defendant OSCAR M. CHAVEZ with prejudice, and further requests that the Arrest Warrant for defendant OSCAR M. CHAVEZ be quashed.

Dated this 31st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/
_____
CRANE M. POMERANTZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:04-cr-00406-GMN-PAL |
| Plaintiff, ) | ORDER |
| v. ) | |
| OSCAR M. CHAVEZ, ) | |
| Defendant. ) | |

## **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant OSCAR M. CHAVEZ. It is further ordered that the Arrest Warrant for defendant OSCAR M. CHAVEZ be quashed.

**IT IS SO ORDERED** this 4th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court